JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEUNG BUN LY, <br><br> Petitioner, <br><br> v. <br><br> LORETTA LYNCH, et al., <br><br> Respondents. | Case No. EDCV 16-0771-JFW (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 23, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE